585 A.2d 340
STATE OF NEW JERSEY v. ANTHONY MAXWELL.

July 10, 1990.

Petition for certification denied.

585 A.2d 340
STATE OF NEW JERSEY v. SALVATORE COVINO.

July 10, 1990.

Petition for certification denied.

585 A.2d 340
STATE OF NEW JERSEY v. ARCHIE J. HODGES.

July 10, 1990.

Petition for certification denied.

585 A.2d 340
STATE OF NEW JERSEY v. LUIS E. RODRIGUEZ.

July 10, 1990.

Petition for certification denied.   (See 239 *N.J.Super.* 455, 571 *A.*2d 996)